IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN JENSEN, individually, and HIGHPOINT CONTRACTING, LLC, a Montana Limited Liability Company,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>　KENNETH BARRETT,<br><br>　　　　　　Defendant. | CV 21–127–M–DLC<br><br><br>ORDER |

　　　Before the Court is the Parties' Stipulation For Dismissal With Prejudice. (Doc. 12.)  The parties have stipulated to dismiss the above-captioned matter on the merits with prejudice as fully and finally compromised, with each party to bear its own costs and fees.  (*Id.* at 1.)

　　　Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

　　　DATED this 11th day of August, 2022.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　United States District Court

1